Commonwealth *v.* Smith, Appellant.

758

Before FEIGUS, J.

Argued November 14, 1974. *Simon B. John,* Assistant Public Defender, for appellant; *John R. Hoye, Jr.,* Assistant District Attorney, with him *L. D. McDaniel,* Acting District Attorney, and *Conrad B. Capuzzi,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.